# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 19−44713−mlo
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Sean Patrick Kane
    441 Cherry St
    Manitou Beach, MI 49253

Social Security No.:
    xxx−xx−9111

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN THAT on **4/16/19**, an order dismissing the above entitled case was entered because the above−captioned individual debtor(s) failed to file the following required papers. Accordingly, the automatic stay is lifted.

- ☐ Application for Individuals to Pay the Filing Fee in Installments
- ☐ Application to Have the Chapter 7 Filing Fee Waived
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Petition Preparers Notice, Declaration, and Signature
- ☐ Certificate of Budget and Credit Counseling
- ☐ Chapter 7 Statement of Your Current Monthly Income Form 122A−1
- ☐ Chapter 13 Plan
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
- ☐ Declaration About an Individual Debtor(s) Schedules
- ☐ Declaration under Penalty of Perjury without an Attorney
- ☐ Initial Statement About an Eviction Judgment Against You
- ☐ List of Creditors
- ☐ Schedule A/B Property
- ☐ Schedule C The Property You Claim as Exempt − Debtor
- ☐ Schedule C The Property You Claim as Exempt − Joint Debtor
- ☐ Schedule D Creditors Who Have Claims Secured by Property
- ☐ Schedule E/F Creditors Who Have Unsecured Claims
- ☐ Schedule G Executory Contracts and Unexpired Leases
- ☐ Schedule H Your Codebtors
- ☐ Schedule I Your Income
- ☐ Schedule J Your Expenses
- ☐ Schedule J−2 Expenses for Separate Household of Debtor 2
- ☐ Schedules A−J

☐ Statement About Your Social Security Numbers
☑ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b)
☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy
☐ Summary of Your Assets and Liabilities and Certains Statistical Information

Dated: 4/16/19

BY THE COURT

Katherine B. Gullo, Clerk of Court
U.S. Bankruptcy Court