UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

Sean Patrick Kane,  Bankruptcy Case No. 19-44713
 Hon. Maria Oxholm
　　　　Debtor.  Chapter 7
_____/

**ORDER GRANTING DEBTOR'S EX-PARTE
MOTION TO REINSTATE CHAPTER 7 CASE**

This matter having come before the Court upon the Debtor's Ex-Parte Motion to Reinstate Chapter 7 Case, the Court having considered the same and otherwise being fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that Case No. 19-44713-mlo is REINSTATED.

**Signed on April 18, 2019**

/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge